hib_5005tr (5/2014)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

USDC HI Case No. CV 20-00368 LEK-KJM

Debtor(s): ROLLOFFS HAWAII, LLC        Chapter 7        Case No. 16-01294

Plaintiff(s): ("et al." if multiple)   DANE S. FIELD, Chapter 7 Trustee for the Estate of Rolloffs Hawaii, LLC        A.P. No. 18-90035

vs. Defendant(s): ("et al." if multiple)   TRASHMASTERS, LLC; CORRIDOR CAPITAL, LLC; CORRIDOR CAPITAL ADVISORS, LLC ET AL.

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Findings of Fact and Recommended Judgment Regarding Good Faith Settlement

Suggested Cause of Action (District CM/ECF):

28:0157c (28:0157(c)(1) Findings, Concl. & Proposed Judgment)

Suggested Nature of Suit (District CM/ECF):

423 (Bankruptcy Withdrawal)

☒ Filing fee paid or no fee due.        ☐ Filing fee not paid.

| Party | | Role | |
|---|---|---|---|
| Party | | Role | |
| Party | | Role | |
| Party | | Role | |

☒ Additional parties        ☐ Docket sheet attached        ☐ Attorney list attached

See attached docket sheet for attorneys and parties.

Dated: August 25, 2020        Michael B. Dowling, Clerk